Wednesday, June 7, 2017

No. 17–0321/AR. U.S. v. Carlton D. Sharpe. CCA 20150101. In the above reference cases, on consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.

Thursday, June 8, 2017

No. 17–0380/AR. U.S. v. Bianca L. Koth. CCA 20150179. In the above referenced cases, on consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.